AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Western District of Michigan

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. |
| | ) | 1:17-mj-00007 |
| Sameer Gadola | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March thru September 2016__ in the county of __Ingham__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 :2251(a) & (e) | Production of Child Pornpgraphy |
| 18 :2252A(a)(2) & (b)(1) | Receipt of Child Pornography; Coercion and Enticement |

This criminal complaint is based on these facts:

See attached continuation

☑ Continued on the attached sheet.

_Complainant's signature_

HENRIK IMPOLA, SPECIAL AGENT, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 1/9/17

_Judge's signature_

City and state: Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
_Printed name and title_