UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No.    1:17-cr-80

v.

**INFORMATION PENALTY SHEET**

SAMEER PAUL GADOLA,

        Defendant.

_____/

## SAMEER PAUL GADOLA

**COUNTS 1, 2, and 3** – Possession of Child Pornography – 18 U.S.C. § 2252A(a)(5)(b)

**Maximum penalty:** Not more than 10 years' and/or $250,000 fine [18 U.S.C. §§ 2252A(b)(2) and 3571]

**Supervised Release:** Any term of years not less than five and up to life [18 U.S.C. § 3583(k)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Additional special assessment:** [18 U.S.C. § 3014] $5,000

**Restitution**: [18 U.S.C. § 3663A] Mandatory

**Other**: Requires Sex Offender Registration

## FORFEITURE ALLEGATION

Date:  March 29, 2018                /s/Alexis M. Sanford
                                                  Counsel for the United States

Submitted to Clerk for filing in
accordance with Admin Order 17-MS-046