UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:17–cr–00080–JTN

v.                                    Hon. Janet T. Neff

SAMEER PAUL GADOLA,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Sentencing
Date/Time:               August 6, 2018   11:00 AM
Judge:                   Janet T. Neff
Place/Location:       401 Federal Building, Grand Rapids, MI

                                            JANET T. NEFF
                                            United States District Judge

Dated:  April 2, 2018         By:    /s/ Christine L. Bockheim
                                              Judicial Assistant