# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Sameer Paul Gadola | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:17-cr-80 | 9/10/2018 | 9:31 AM - 10:53 AM | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Alexis M. Sanford, Daniel Y. Mekaru | Brian Patrick Lennon, Thomas W. Cranmer | Retained |

### TYPE OF HEARING
- __ Arraignment: __ mute __ nolo contendre __ not guilty __ guilty
- __ Final Pretrial Conference
- __ Detention (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- __ Read __ Reading Waived

Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 72/72/48 Months
Probation: ____
Supervised Release: 5/5/5 Years
Fine: $ Waived
Restitution: $ Deferred
Special Assessment: $ 15,300.00

Plea Agreement Accepted: ✓ Yes __ No
Defendant informed of right to appeal: ✓ Yes __ No
Counsel informed of obligation to file appeal: ✓ Yes __ No

Conviction Information:
Date: 3/30/2018
By: Plea
As to Count (s): One, Two and Three

**ADDITIONAL INFORMATION:**
The Indictment and the Superseding Indictment are dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** R. Wolters |