FILED - GR
September 11, 2018 11:08 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /_____ SCANNED BY: /s/

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:17-cr-80

    HON. JANET T. NEFF

SAMEER PAUL GADOLA,

    Defendant.
_____/

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

    DNA collection
    Sex Offender Registration
    Drug testing (Suspended)
    No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1.    You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

2.    You must participate in a program of mental health treatment, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

3.    You must participate in a sex offender assessment and/or treatment, as approved by the probation officer, which may include physiological testing, such as polygraph, and/or ABEL Assessment.

4. Your residence and employment must be pre-approved by the probation officer.

5. You must have no contact with minors (under the age of 18) without the written approval of the probation officer and must refrain from entering any area where children frequently congregate including, but not limited to parks, schools, day care centers, playgrounds, theme parks, theaters, and playgrounds.

6. You must not have contact with the victim(s) in this case. This includes any physical, visual, written, electronic or telephonic contact with such persons. Additionally, you must not directly cause or encourage anyone else to have such contact with the victim(s).

7. You must not purchase or possess photographic or video equipment without the prior knowledge and permission of the probation officer.

8. You must not access or possess any computer or computer-related devices, other electronic communication, data storage devices, or media in any manner or for any purpose.

9. You must not have another individual access the internet on your behalf to obtain files or information which you are restricted from accessing yourself or accepting files or information from another person.

10. You must not work in any type of employment without the prior approval of the probation officer.

11. You must be monitored by location monitoring technology at the discretion of the U.S. Probation Officer for a period of 4 (four) months. During that time, you must abide by all technology requirements and location monitoring program rules and pay the cost of participation in the location monitoring program as directed by the U.S. Probation Office.

    The location monitoring technology must be utilized to monitor the following restriction on the offender's movement in the community as well as other court-imposed conditions of release:

    Home Detention: You are restricted to your residence except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the U.S. Probation Officer.

    The cost of location monitoring is based on the selected monitoring technology and subject to change depending on vendor availability, services rendered, and contracts negotiated and selected by the Administrative Office of the U.S. Courts.

## SPECIAL ASSESSMENT

IT IS FURTHER ORDERED that you must pay a $5,000.00 special assessment on each of Counts One, Two, and Three, total $15,000.00, under the provisions of the Justice for Victims of Trafficking Act of 2015, which shall be due immediately.

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

>Any balance due upon incarceration must be paid in minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision must be paid, during the term of supervision, in minimum monthly installments of $50.00, to commence 60 days after release from imprisonment. Fine payments must be made to the U.S. District Court Clerk, 110 Michigan, N.W., Grand Rapids, MI 49503. You must apply all monies received from income tax refunds, lottery winnings, judgments, and or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations.

I have reviewed and understand the above conditions of my sentence.

Dated: September 10, 2018

_____
Sameer Paul Gadola
Defendant

_____
Brian Patrick Lennon
Attorney for Defendant

IT IS SO ORDERED.

_____
JANET T. NEFF
United States District Judge

3